# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CIVIL NO. 2:07CV7
## (2:02CR104)

| | |
|---|---|
| LARRY FRANKLIN PHILLIPS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on a petition for a *writ of mandamus* filed by the Petitioner and an application to proceed in *forma pauperis.*

Petitioner's motion pursuant to 28 U.S.C. § 2255 was dismissed by the undersigned on April 3, 2007, as untimely filed. He promptly filed notice of appeal and the Fourth Circuit upheld that dismissal. **See Phillips v. United States, 2007 WL 2164041 (4th Circ. July 25, 2007).** However, by letter dated August 13, 2007, the Fourth Circuit notified the Court that the Petitioner had filed a timely request for rehearing. Therefore, the Court has no jurisdiction to rule on the Petitioner's pending motion.

**IT IS, THEREFORE, ORDERED** that the Petitioner's petition for a *writ of mandamus* and his application to proceed in *forma pauperis* are hereby **DENIED**.

Signed: August 27, 2007

Lacy H. Thornburg
United States District Judge